# United States Court of Appeals

### For the Eighth Circuit

_____

No. 12-2426

_____

Michelle N. Allen

*Plaintiff - Appellant*

v.

Nevin Waters, D.D.S., PC; Reachout Healthcare America

*Defendants - Appellees*

_____

Appeal from United States District Court
for the Eastern District of Missouri - St. Louis

_____

Submitted: January 29, 2013
Filed: February 22, 2013
[Unpublished]

_____

Before WOLLMAN, BOWMAN, and GRUENDER, Circuit Judges.

_____

PER CURIAM.

Michelle Allen appeals the district court's[1] order enforcing a settlement agreement between her and appellees Nevin Waters, D.D.S., PC and Reachout

_____

[1]The Honorable Audrey G. Fleissig, United States District Judge for the Eastern District of Missouri.

Healthcare America. Upon careful review, *see Chaganti & Assocs., P.C. v. Nowotny*, 470 F.3d 1215, 1221 (8th Cir. 2006) (standard of review), we conclude that the district court did not clearly err in finding that the parties voluntarily entered into an enforceable settlement agreement. Accordingly, we affirm. *See* 8th Cir. R. 47B.

_____